IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH BRYAN FLYNN,

Appellant,

v.

AMBER MCCRANEY AND
CHRISTOPHER MCCRANEY,

Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5802

_____/

Opinion filed September 19, 2016.

An appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

Autumn O. Beck, Pensacola, for Appellant.

No Appearance for Appellees.

PER CURIAM.

Joseph Bryan Flynn appeals the trial court's final order adopting the general magistrate's Report and Recommendation dismissing Flynn's petition seeking to establish paternity, time-sharing, and other related relief. Because the minor child was born to the intact marriage of Amber and Christopher McCraney, we affirm the

final order in all respects.  See <u>Slowinski v. Sweeney</u>, 64 So. 3d 128, 128-29 (Fla. 1st DCA 2011) (holding that a child born to an intact marriage cannot be the subject of a paternity proceeding brought by a biological father and determining it was fundamental error for the trial court to grant relief pursuant to a nonexistent cause of action); <u>see also</u> <u>Sirdevan v. Strand</u>, 120 So. 3d 1280 (Fla. 1st DCA 2013), <u>rev. denied</u>, 147 So. 3d 527 (Fla. 2014) (table).

AFFIRMED.

WINOKUR, JAY, and WINSOR, JJ., CONCUR.